UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    | Chapter 13
                                          |
   Mark and Sharon Moffett,   | Bky. No. 15-12604
                                          |
   Debtors.                  |

**PRAECIPE TO UPDATE CONTACT INFORMATION FOR DEBTORS' ATTORNEY**

Dear Clerk of the Court,

I am the attorney for the Debtors. Kindly update my contact information to reflect the below. No email address has changed as a result of this move. Thank you.

FROM:

Darin King
Law Office of Darin King
630 Freedom Business Center Drive
Third Floor
King of Prussia, PA  19406
Phone: 610-350-6100
Fax: 877-395-1646

TO:

Darin King
Law Office of Darin King
19425 Soledad Canyon Road
Suite 207
Canyon Country, CA  91351
Phone: 310-480-7316
Fax: 877-395-1646

                    Respectfully Submitted,

Date:  February 24, 2017            By: _____*/s/ Darin King*_____

                                            Darin King
                                            Law Office of Darin King
                                            19425 Soledad Canyon Road
                                            Suite 207
                                            Canyon Country, CA  91351
                                            310-480-7316 (TEL)
                                            877-395-1646 (FAX)