```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                                    Case No. 15-12604-jkf
Mark Moffett                                                                              Chapter 13
Sharon Moffett
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW                Page 1 of 3                   Date Rcvd: Jun 18, 2020
                              Form ID: 138NEW               Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db/jdb         +Mark Moffett,    Sharon Moffett,    271 Lincoln Rd.,    King of Prussia, PA 19406-1839
13510431       +Amazon,    1 Centerpooint Blvd.,    New Castle, DE 19720-4172
13510433       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13539331        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13543065        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13510434      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13510435       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13510457      ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court: Sunoco/citi,     Attention: Bankruptcy,    7920 Nw 110th St.,
                 Kansas City, MO 64153)
13510441      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13572306        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13610439       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13510442       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
13510443       +Cms/e-trade,    ETrade Securities LLC,    Po Box 484,    Jersey City, NJ 07303-0484
13510445       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
14408751       +JPMorgan Chase Bank, National Association,     c/o Kevin S. Frankel, Esquire,
                 Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14409014       +JPMorgan Chase Bank,National Association,     c/o Kevin S Frankel, Esq.,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13510461       +Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
13914292        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
13563185        eCAST Settlement Corporation, assignee,     of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 19 2020 04:27:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:26:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2020 04:26:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:18     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13518464        E-mail/Text: ally@ebn.phinsolutions.com Jun 19 2020 04:26:16      Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
13510430       +E-mail/Text: ally@ebn.phinsolutions.com Jun 19 2020 04:26:16      Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
13510432       +E-mail/Text: bankruptcy@acacceptance.com Jun 19 2020 04:26:47      American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
13510436       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:31:36       Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
13510437       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:31:36       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13557746        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:31:18       Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
13593899       +E-mail/Text: bankruptcy@cavps.com Jun 19 2020 04:26:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13510440       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 19 2020 04:27:09
                 Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                 Exton, PA 19341-1119
13611592       +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 19 2020 04:27:09
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton PA 19341-1119
13510444       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 04:26:24      Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13510446       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2020 04:31:40       Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13515364        E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:26:18      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13510447       +E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:26:18      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13510448       +E-mail/Text: dplbk@discover.com Jun 19 2020 04:26:56      Discover Personal Loan,
                 Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
```

```
District/off: 0313-2          User: ChrissyW            Page 2 of 3            Date Rcvd: Jun 18, 2020
                              Form ID: 138NEW           Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13602751         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 19 2020 04:31:56
                 Ember Financial Services, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
13510450        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:15      GECRB/Amazon,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13510451        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:14      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13510452        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:33      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13510453        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:33      GECRB/PayPal Cr,
                 Attn:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13510454        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:15      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13586045        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 04:26:21      Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
13510438         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 19 2020 04:31:18      Chase Card,
                 P.o. Box 15298,    Wilmington, DE 19850
13510439         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 19 2020 04:31:36      Chase Mtg,
                 Po Box 24696,    Columbus, OH 43224
13564756         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 19 2020 04:31:36
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
13510455        +E-mail/Text: bncnotices@becket-lee.com Jun 19 2020 04:26:20      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13609550         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 04:31:24
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13580192         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:31:59
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13543522         E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 04:26:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13795621         E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 04:26:31
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13516752         E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2020 04:31:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13510458        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:14      Syncb/american Honda,
                 C/o P.o. Box 965036,    Orlando, FL 32896-0001
13510459         E-mail/Text: bankruptcy@td.com Jun 19 2020 04:26:49      Td Bank Na,
                 Attn: Bankruptcy Department,    Po Box 1190,    Lewiston, ME 04243
13510460         E-mail/Text: bankruptcy@td.com Jun 19 2020 04:26:49      Td Banknorth,    Po Box 1190,
                 Lewiston, ME 04243
13518446        +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 19 2020 04:31:36
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13533005        +E-mail/Text: bncmail@w-legal.com Jun 19 2020 04:26:52      USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
13510449*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Exxmblciti,    Attn.: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
13510456*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Shell Oil / Citibank,    Attn: Centralized Bankruptcy,
                Po Box 20363,   Kansas City, MO 64195)
13795622*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                        TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2               User: ChrissyW                 Page 3 of 3                  Date Rcvd: Jun 18, 2020
                                   Form ID: 138NEW                Total Noticed: 58
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:

```
          DARIN MICHAEL KING    on behalf of Debtor Mark  Moffett darin@matianlegal.com
          DARIN MICHAEL KING    on behalf of Joint Debtor Sharon  Moffett darin@matianlegal.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
           Josh.Goldman@padgettlawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pa-bk@logs.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Mark Moffett and Sharon Moffett
     Debtor(s)                                          Bankruptcy No: 15–12604–jkf
                                                        Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                                    Timothy B. McGrath
                                                                      Clerk of Court

Dated: 6/18/20

                                                                                                         42 – 41
                                                                                              Form 138_new