```
                               United States Bankruptcy Court
                               Eastern District of Pennsylvania
In re:                                                                  Case No. 15-12604-amc
Mark Moffett                                                            Chapter 13
Sharon Moffett
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin                  Page 1 of 2                  Date Rcvd: Jul 10, 2020
                              Form ID: 3180W               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db/jdb         +Mark Moffett,    Sharon Moffett,    271 Lincoln Rd.,    King of Prussia, PA 19406-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 11 2020 04:21:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2020 04:20:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2020 04:21:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13518464        EDI: GMACFS.COM Jul 11 2020 07:53:00      Ally Bank,   PO Box 130424,    Roseville, MN 55113-0004
13539331        EDI: BECKLEE.COM Jul 11 2020 07:53:00      American Express Bank, FSB,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13543065        EDI: BECKLEE.COM Jul 11 2020 07:53:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13572306        EDI: BL-BECKET.COM Jul 11 2020 07:53:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13557746        EDI: CAPITALONE.COM Jul 11 2020 07:53:00      Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
13593899       +E-mail/Text: bankruptcy@cavps.com Jul 11 2020 04:21:04      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13611592       +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 11 2020 04:21:37
                 Citadel Federal Credit Union,   520 Eagleview Blvd,    Exton PA 19341-1119
13515364        EDI: DISCOVER.COM Jul 11 2020 07:53:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
13510448       +EDI: DISCOVERPL Jul 11 2020 07:53:00      Discover Personal Loan,    Attention: Bankruptcy,
                 Po Box 30954,   Salt Lake City, UT 84130-0954
13602751        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 11 2020 04:27:06
                 Ember Financial Services, LLC,   Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
13586045       +EDI: IRS.COM Jul 11 2020 07:53:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   Po Box 7317,   Philadelphia, Pa 19101-7317
13564756        EDI: JPMORGANCHASE Jul 11 2020 07:53:00      JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,   Columbus, OH 43219
13609550        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 04:26:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13580192        EDI: PRA.COM Jul 11 2020 07:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13543522        EDI: Q3G.COM Jul 11 2020 07:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
13795621        EDI: Q3G.COM Jul 11 2020 07:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13518446       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 11 2020 04:27:07
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13533005       +E-mail/Text: bncmail@w-legal.com Jul 11 2020 04:21:01     USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914292        EDI: ECAST.COM Jul 11 2020 07:53:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
13563185        EDI: ECAST.COM Jul 11 2020 07:53:00      eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13795622*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2020
                              Form ID: 3180W           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              DARIN MICHAEL KING    on behalf of Debtor Mark   Moffett darin@matianlegal.com
              DARIN MICHAEL KING    on behalf of Joint Debtor Sharon   Moffett darin@matianlegal.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               Josh.Goldman@padgettlawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark Moffett** | Social Security number or ITIN **xxx–xx–9874** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sharon Moffett** | Social Security number or ITIN **xxx–xx–9949** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **15–12604–amc** | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Moffett                                              Sharon Moffett

7/9/20                                                    **By the court:**      Ashely M. Chan
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**