United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Moffett  
Sharon Moffett  
    Debtors

Case No. 15-12604-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Jul 20, 2020 |
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.
db/jdb      +Mark Moffett,   Sharon Moffett,   271 Lincoln Rd.,   King of Prussia, PA 19406-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:
      DARIN MICHAEL KING   on behalf of Debtor Mark  Moffett darin@matianlegal.com
      DARIN MICHAEL KING   on behalf of Joint Debtor Sharon  Moffett darin@matianlegal.com
      JOSHUA I. GOLDMAN   on behalf of Creditor   JPMorgan Chase Bank, National Association Josh.Goldman@padgettlawgroup.com
      KEVIN S. FRANKEL   on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
      THOMAS I. PULEO   on behalf of Creditor   JPMorgan Chase Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Mark Moffett and Sharon Moffett                                 : Case No. 15−12604−amc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , July 20,2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

51
Form 195